UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>5010 PACHECO PROPERTIES, LLC, a California Limited Liability Company;<br>BOAZ EMIL BENZAKRY; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:16-CV-04836-JST<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 22, 2016   _____
　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1